UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

_____

| | |
|---|---|
| FIRST GUARANTY BANK | CIVIL ACTION NO. 16-0762 |
| VERSUS | JUDGE ELIZABETH ERNY FOOTE |
| MOORE'S PRO GATOR, LLC, ET AL. | MAGISTRATE JUDGE HORNSBY |

_____

## ORDER

The Court previously ordered Plaintiff's counsel to submit information required to assess reasonable attorney's fees. Record Document 19. The Fifth Circuit requires that reasonable attorney's fees be calculated according to the lodestar method. Heidtman v. Cty of El Paso, 171 F.3d 1038, 1043 (5th Cir. 1999). The lodestar fee is calculated by multiplying the number of hours devoted to the litigation by a reasonable hourly rate for such work in the community. Id. The lodestar may then be adjusted upward or downward based on the factors set forth in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714, 717-19 (5th Cir. 1974). The attorney must establish a reasonable hourly rate and the total number of hours dedicated to the litigation, or otherwise provide evidence of reasonable attorney's fees.

Plaintiff's attorney has submitted an affidavit swearing that he has devoted 18.1 hours to this litigation at a rate of $195 per hour for attorney time and $60 per hour for paralegal time, for a total of $3,435 (17.4 attorney hours and 0.7 paralegal hours). Record Document 16-2. Plaintiff's counsel further swears that an additional 10 hours of

time is estimated to be required in connection with attempts to collect on this judgment, for a total of $5,385. Id. Plaintiff's counsel has also supplied the affidavit of William Byram, an attorney practicing in the community, who swears that a reasonable hourly rate for attorney services in this matter is between $150 and $200 per hour and between $50 and $75 per hour for paralegal time. Record Document 21-1.

The Court therefore determines that an award of attorney's fees in the amount of $5,385 for Plaintiff, First Guaranty Bank, and against Defendants Moore's Pro Gator, LLC, Richard L. Moore, and Loraine Moore, is appropriate.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 15th day of March, 2017.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE